No. 94–6214. HUDSON v. HEDGE ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–6242. GREEN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–6337. ALDRIDGE v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 94–6357. RHODES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6373. CULLY v. GRACE HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6378. SPENCER v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 94–6390. JOHNSON v. DAVIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6400. JORDAN v. CITY OF AURORA, COLORADO, ET AL. Ct. App. Colo. Certiorari denied.

No. 94–6402. KASHANNEJAD v. BLOCK, SHERIFF OF LOS ANGELES COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6405. FARR v. STINSON ET AL. Ct. App. Wis. Certiorari denied.

No. 94–6414. OWENS v. CALL ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6416. LONG v. TAYLOR ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6418. ROYSTER v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 94–6425. ZAGWOSKI v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.